Argued and submitted August 7, reversed and remanded for reconsideration
September 18, 1996

In the Matter of the Compensation of
Craig L. Hiatt, Claimant.

Craig L. HIATT,
*Petitioner,*

*v.*

HALTON COMPANY,
*Respondent.*

(92-14383; CA A91194)

922 P2d 1279

Donald E. Beer argued the cause for petitioner. With him on the brief was Popick & Merkel.

Kenneth L. Kleinsmith argued the cause for respondent. With him on the brief was Meyers, Radler, Replogle & Bohy.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM